**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Dustin J. Hefley, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:21-cv-00725-UNA |
| | ) | |
| Daniel Redington, et al, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The above styled and numbered case was opened on June 18, 2021 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and assigned to the Honorable David D. Noce, United States Magistrate Judge, under cause number 2:21-cv-00041-**DDN**.

**IT IS FURTHER ORDERED** that cause number 4:21-cv-00725 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: <u>June 21, 2021</u>                              By: <u>/s/ Michele Crayton</u>
                                                                    Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:21-CV-00041-DDN.**