# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| DUSTIN J. HEFLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 2:21-CV-41 RLW |
| DANIEL REDINGTON, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on "Defendants Corizon Health, Inc., Cathy Griffith, Regina Gonia, and Dawn Wade's Status Report on Bankruptcy Proceedings and Motion to Continue Recognition of Stay." (ECF No. 94). The Status Report reflects that Corizon Health's Chapter 11 bankruptcy proceeding remains pending in the United Sates Bankruptcy Court for the Southern District of Texas. *Id.*

Accordingly,

**IT IS HEREBY ORDERED** that "Defendants Corizon Health, Inc., Cathy Griffith, Regina Gonia, and Dawn Wade's Status Report on Bankruptcy Proceedings and Motion to Continue Recognition of Stay" (ECF No. 94), which the Court construes as a motion to continue the stay, is **GRANTED**. This matter remains **STAYED** with respect to Defendants Corizon LLC, Cathy Griffith, Regina Gonia, and Dawn Wade until further order of the Court.

**IT IS FURTHER ORDERED** that counsel for Defendants Corizon LLC, Cathy Griffith, Regina Gonia, and Dawn Wade shall file a status report within 90 days from the date of this Order, and every 90 days thereafter. Counsel may file motions to extend, modify, or lift the stay, as

necessary. Within seven days of the termination of the bankruptcy proceedings, Corizon LLC shall file with this Court a notice of termination of the bankruptcy proceedings.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 18th day of September, 2023.